IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JUAN S. BROWN and ALISHA N. BROWN,

      Appellants,

v.

SUNTRUST MORTGAGE, INC., et al.,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2814

Opinion filed May 3, 2017.

An appeal from an order of the Circuit Court for Nassau County.
Adrian G. Soud, Judge.

Brian Korte and Scott J. Wortman of Korte & Wortman, P.A., West Palm Beach, for Appellants.

Erin M. Berger of Kelley Kronenberg, Tampa, for Appellee Suntrust Mortgage, Inc.

PER CURIAM.

      AFFIRMED.

ROWE, KELSEY, and JAY, JJ., CONCUR.